UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JOSE MANUEL XOLO-CHAGALA,<br><br>                              Defendant. | Case No.:  19-mj-24394-RNB-CAB<br><br>**ORDER DENYING APPEAL FROM MAGISTRATE JUDGE DECISION AND AFFIRMING CONVICTION AND SENTENCE [Doc. No. 10]** |

On November 20, 2019, Defendant pleaded guilty to attempted illegal entry in violation of 8 U.S.C. § 1325 and was sentenced to thirteen days' custody. [Doc. No. 7.] On appeal, Defendant argues that (1) the illegal entry statute violates equal protection under *Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252 (1977), and (2) the magistrate failed to advise him that knowledge of alienage was an element of the offense. [Doc. No. 21 at 2–7.] The Ninth Circuit has issued published opinions rejecting both arguments. *See United States v. Carrillo-Lopez*, 68 F.4th 1133, 1154 (9th Cir. 2023)(illegal re-entry statute does not violate equal protection under *Arlington Heights*); *United States v. Rizo-Rizo*, 16 F.4th 1292, 1299 (9th Cir. 2021)(knowledge of alienage is not an element of the offense of illegal entry).
/ / / / /

| | |
|---|---|
| 1 | Accordingly, the Court **DENIES** Defendant's appeal from the Magistrate Judge's |
| 2 | decision [Doc. No. 10] and **AFFIRMS** Defendant's conviction and sentence. |
| 3 | **IT IS SO ORDERED.** |
| 4 | Dated:  March 6, 2025 |

_____
Hon. Cathy Ann Bencivengo
United States District Judge